# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Joshua Alan Esget,

        Plaintiff,

                                      Civ. No. 12-2164 (RHK/AJB)
                                      **ORDER**

v.

Adecco USA, Inc.,

        Defendant.

Plaintiff having moved to remand this action to state court (Doc. No. 5), **IT IS ORDERED** that Defendant shall serve and file its memorandum in opposition to the Motion, along with all supporting documents, on or before September 21, 2012. No further briefing – whether by letter, memorandum, affidavit, or otherwise – shall be permitted absent further Order of the Court. If the Court later desires a hearing on the Motion, the parties will be so notified.

Dated: September 7, 2012                                  s/Richard H. Kyle
                                                                  RICHARD H. KYLE
                                                                   United States District Judge